1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KING & SPALDING LLP
2  101 Second Street
   Suite 2300
3  San Francisco, CA  94105
4  Telephone: (415) 318-1200
   Facsimile: (415) 318-1300
5  Email:  fzimmer@kslaw.com

6
   Attorney for Defendant
7  GLAXOSMITHKLINE LLC (formerly known as
   SMITHKLINE BEECHAM CORPORATION
8  d/b/a GLAXOSMITHKLINE)

*IT IS SO ORDERED*
*Judge James Ware*
3/30/2010

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>Individually, and on behalf of the People of the State of California,<br><br>    Plaintiff,<br><br>    -vs.-<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, A Pennsylvania Corporation; and DOES 1 to 100, Inclusive,<br><br>    Defendants. | Case No. 5:-10-cv-000832-JW<br><br><br>Judge:  Honorable James Ware |

**JOINT STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

It is hereby agreed between counsel for the County of Santa Clara and counsel for GlaxoSmithKline LLC[1] that the Defendant may have an extension of time until 30 (thirty) days from the effective date of transfer of the case to MDL No. 1871 in the Eastern District of

///

---

[1] On October 27, 2009 SmithKline Beecham Corporation redomiciled from Pennsylvania to Delaware, converted into a limited liability company, and changed its name to GlaxoSmithKline LLC.

1

1  Pennsylvania, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, to
2  answer or otherwise respond to the Complaint.

3
| | |
|---|---|
| **OFFICE OF THE COUNTY COUNSEL**<br>**COUNTY OF SANTA CLARA**<br><br>*/s/*<br><br>Miguel Marquez<br>Tamara Lange   3/23/10<br>Katherine Desormeau<br>70 West Hedding Street<br>East Wing, 9th Floor<br>San Jose, CA 95110<br>(408) 299-5900 | **KING & SPALDING LLP**<br><br>*/s/*<br><br>Donald F. Zimmer, Jr.<br>**KING & SPALDING LLP**<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>(415) 318-1220 |
| G. Erick Rosemond<br>R. Keith Weber, Jr.<br>2 Houston Center<br>**WOODFILL & PRESSLER LLP**<br>909 Fannin, Suite 1470<br>Houston, TX 77010<br>(713) 751-3080<br><br>and<br><br>Paul R. Kiesel<br>Steven D. Archer<br>**KIESEL BOUCHER LARSON LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>(310) 854-4444<br><br>and<br><br>John Boundas<br>Harry G. Potter III<br>**WILLIAMS KHERKHER HART BOUNDAS LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017-5051<br>(713) 230-2200<br><br>Attorneys for Plaintiff | Nina M. Gussack<br>Anthony Vale<br>Yvonne M. McKenzie<br>**PEPPER HAMILTON LLP**<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA  19103<br>(215) 981-4000<br><br>Attorneys for Defendant<br>GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE) |

1  Pennsylvania, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, to
2  answer or otherwise respond to the Complaint.

| | |
|---|---|
| **OFFICE OF THE COUNTY COUNSEL** <br> **COUNTY OF SANTA CLARA** | **KING & SPALDING LLP** |
| _____ <br> Miguel Marquez <br> Tamara Lange <br> Katherine Desormeau <br> 70 West Hedding Street <br> East Wing, 9th Floor <br> San Jose, CA 95110 <br> (408) 299-5900 | /s/ Donald F. Zimmer, Jr./s/ <br> Donald F. Zimmer, Jr. <br> **KING & SPALDING LLP** <br> 101 Second Street, Suite 2300 <br> San Francisco, CA 94105 <br> (415) 318-1220 |
| G. Erick Rosemond <br> R. Keith Weber, Jr. <br> 2 Houston Center <br> **WOODFILL & PRESSLER LLP** <br> 909 Fannin, Suite 1470 <br> Houston, TX 77010 <br> (713) 751-3080 | Nina M. Gussack <br> Anthony Vale <br> Yvonne M. McKenzie <br> **PEPPER HAMILTON LLP** <br> 3000 Two Logan Square <br> 18th & Arch Streets <br> Philadelphia, PA 19103 <br> (215) 981-4000 |
| and <br><br> Paul R. Kiesel <br> Steven D. Archer <br> **KIESEL BOUCHER LARSON LLP** <br> 8648 Wilshire Boulevard <br> Beverly Hills, CA 90211-2910 <br> (310) 854-4444 | Attorneys for Defendant <br> GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE) |
| and <br><br> John Boundas <br> Harry G. Potter III <br> **WILLIAMS KHERKHER HART BOUNDAS LLP** <br> 8441 Gulf Freeway, Suite 600 <br> Houston, TX 77017-5051 <br> (713) 230-2200 | |
| Attorneys for Plaintiff | |

I hereby attest that G. Erick Rosemond concurs in the e-filing of this stipulation.

/s/ Donald F. Zimmer, Jr. /s/
DONALD F. ZIMMER, JR.