DONALD F. ZIMMER, JR. (State Bar No. 112279)
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: fzimmer@kslaw.com

Attorney for Defendant
GLAXOSMITHKLINE LLC (formerly known as
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE)

*IT IS SO ORDERED*
*Judge James Ware*
3/30/2010

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA,<br><br>Individually, and on behalf of the People of the State of California,<br><br>Plaintiff,<br><br>-vs.-<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, A Pennsylvania Corporation; and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 5:-10-cv-000832-JW<br><br>**JOINT STIPULATION FOR SUBSTITUTION AND DISMISSAL OF DEFENDANTS**<br><br>Judge: Honorable James Ware |

It is hereby agreed between counsel for the County of Santa Clara and counsel for GlaxoSmithKline LLC that in light of defendant's conversion into a limited liability company and name change, defendant GlaxoSmithKline LLC will be substituted for SmithKline Beecham Corporation d/b/a GlaxoSmithKline. Further, counsel agrees to dismiss defendant GlaxoSmithKline, PLC pursuant to Pretrial Order No. 54.

///

///

| | |
|---|---|
| **OFFICE OF THE COUNTY COUNSEL**<br>**COUNTY OF SANTA CLARA** | **KING & SPALDING LLP** |
| Miguel Marquez<br>Tamara Lange<br>Katherine Desormeau<br>70 West Hedding Street<br>East Wing, 9th Floor<br>San Jose, CA 95110<br>(408) 299-5900 | /s/ Donald F. Zimmer, Jr.<br>Donald F. Zimmer, Jr.<br>**KING & SPALDING LLP**<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>(415) 318-1220 |
| G. Erick Rosemond<br>R. Keith Weber, Jr.<br>2 Houston Center<br>**WOODFILL & PRESSLER LLP**<br>909 Fannin, Suite 1470<br>Houston, TX 77010<br>(713) 751-3080 | Nina M. Gussack<br>Anthony Vale<br>Yvonne M. McKenzie<br>**PEPPER HAMILTON LLP**<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000 |
| and<br><br>Paul R. Kiesel<br>Steven D. Archer<br>**KIESEL BOUCHER LARSON LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>(310) 854-4444 | Attorneys for Defendant<br>GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE) |
| and<br><br>John Boundas<br>Harry G. Potter III<br>**WILLIAMS KHERKHER HART BOUNDAS LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017-5051<br>(713) 230-2200 | |
| Attorneys for Plaintiff | |

I attest that G. Erick Rosemond concurs in the filing of this stipulation.

/s/ Donald F. Zimmer, Jr.

DONALD F. ZIMMER, JR.

JOINT STIPULATION FOR SUBSTITUTION AND DISMISSAL OF DEFENDANTS    CASE NO.: 5-10-CV-000832-JW

| | |
|---|---|
| **OFFICE OF THE COUNTY COUNSEL COUNTY OF SANTA CLARA**<br><br>_/s/_ (signed 3/25/10)<br><br>Miguel Marquez<br>Tamara Lange<br>Katherine Desormeau<br>70 West Hedding Street<br>East Wing, 9th Floor<br>San Jose, CA 95110<br>(408) 299-5900<br><br>G. Erick Rosemond<br>R. Keith Weber, Jr.<br>2 Houston Center<br>**WOODFILL & PRESSLER LLP**<br>909 Fannin, Suite 1470<br>Houston, TX 77010<br>(713) 751-3080<br><br>and<br><br>Paul R. Kiesel<br>Steven D. Archer<br>**KIESEL BOUCHER LARSON LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>(310) 854-4444<br><br>and<br><br>John Boundas<br>Harry G. Potter III<br>**WILLIAMS KHERKHER HART BOUNDAS LLP**<br>8441 Gulf Freeway, Suite 600<br>Houston, TX 77017-5051<br>(713) 230-2200<br><br>Attorneys for Plaintiff | **KING & SPALDING LLP**<br><br><br>Donald F. Zimmer, Jr.<br>**KING & SPALDING LLP**<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>(415) 318-1220<br><br>Nina M. Gussack<br>Anthony Vale<br>Yvonne M. McKenzie<br>**PEPPER HAMILTON LLP**<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br>(215) 981-4000<br><br>Attorneys for Defendant<br>GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE) |

*County of Santa Clara v. SmithKline Beecham Corporation dba GlaxoSmithKline*
USDC, Northern District of California, San Jose, Case No. 5:10-cv-00832-JW

## PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is King & Spalding LLP, 101 Second Street, Suite 2300, San Francisco, California 94105. On the date set forth below, I served the following document(s):

**JOINT STIPULATION FOR SUBSTITUTION AND DISMISSAL OF DEFENDANTS**

on the interested party(ies) in this action in the following manner:

☒   BY U.S. MAIL: ☒ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and placed the envelope for collection and mailing following our ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, in a sealed envelope with postage fully prepaid. OR
☐ I enclosed the documents in a sealed envelope or package addressed to the person(s) set forth below, and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

| | |
|---|---|
| G. Erik Rosemond<br>Woodfill & Pressler LLP<br>2 Houston Center<br>Suite 1470<br>Houston, TX 77017 | John T. Boundas<br>Williams Kherkher Hart Boundas LLP<br>8441 Gulf Freeway<br>Suite 600<br>Houston, TX 77017 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 24, 2010, at San Francisco, California.

_____
Beth M. Coffey

PROOF OF SERVICE                                    CASE NO. 5:10-CV-000832-JW